■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK AMONTE, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Queens County, dated February 16, 1968, which denied the application without a hearing. On this appeal we have also reviewed so much of a further order of the same court, dated February 21, 1968, as, on reargument, adhered to the original decision denying the application. Appeal from order of February 16, 1968 dismissed as academic. That order was superseded by the order made on reargument. Order of February 21, 1968 affirmed insofar as reviewed. No opinion. Martuscello, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERALD GAGLIARDI, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered October 22, 1970, convicting him of assault in the third degree, upon a jury verdict, and sentencing him to a prison term of one year in the New York City Penitentiary. Judgment reversed, on the law and in the interests of justice, and new trial ordered. The findings of fact below are affirmed. In our opinion it was prejudicial error to permit, over objection, the introduction of evidence of defendant's indictment for another crime for which he had not yet been tried (*People* v. *Morrison,* 195 N. Y. 116). Additionally, on the defense of alibi the trial court's charge used the phraseology previously rejected by us in *People* v. *Johnson* (37 A D 2d 733). On this record we cannot say that these were harmless errors beyond a reasonable doubt. Martuscello, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD GLOVER, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Kings County, entered March 26, 1971, which denied the application. Order affirmed. The issue raised on the instant appeal was presented on appeal from the judgment of conviction (*People* v. *Glover,* 38 A D 2d 974). Martuscello, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.